UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARREL LEON RAYFORD,
    Plaintiff,

vs.                                             Case No.:  3:24cv573/LAC/ZCB

CENTURION OF FLORIDA LLC, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 3, 2024. (Doc. 6). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** as a malicious abuse of the judicial process under 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b)(1).

3. The Clerk of Court must enter judgment in accordance with this order and close this case.

**DONE AND ORDERED** this 6th day of January, 2025.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**